IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELA CUELLAR,

    Plaintiff,

    v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,

    Defendant.

No. C 09-03499 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks plaintiff's notice of settlement in the captioned matter and cautions that all deadlines remain active until a dismissal is filed. If a dismissal is timely filed before the case management conference set for November 5, 2009, at 11:00 a.m., then counsel need not appear.

**IT IS SO ORDERED.**

Dated: October 13, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE