# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ANGELA CUELLAR** ) Case No. 3:09-CV-03499 WHA
)
Plaintiff. ) **ORDER**
)
)
vs. )
)
)
**PROFESSIONAL BUREAU OF** )
**COLLECTIONS OF MARYLAND,** )
**INC.** )
)
Defendant.

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 13th day of October, 2009



Order to Dismiss - 1